W. B. Fitzgerald, Appellee, v. Robert Pike, Appellant.
W. B. Fitzgerald, Appellee, v. Robert Pike, Defendant, and Radiant Manufacturing Corporation, Garnishee-Appellant.

Gen. Nos. 47,705, 47,720, consolidated.

First District, Second Division.

June 30, 1959.

Released for publication July 28, 1959.

A. Greenhouse, for appellant; Francis X. Cuisinier, for plaintiff-appellee, in case No. 47,705; Weinstein and Myer (M. J. Myer, Walter N. New, of counsel) for appellant; Rosenthal & Schanfield (William P. Rosenthal, Stanley R. Weinberger, of counsel) for D. & L. Office Furniture Co., intervenor-appellee; Joseph B. Crowley, for appellee; Francis X. Cuisinier, for W. B. Fitzgerald, plaintiff-appellee, in case No. 47,720. Opinion by JUSTICE MURPHY. Not to be published in full.